**Opinion issued August 2, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-16-00509-CR**

**NO. 01-16-00510-CR**

———————————

**IN RE REGINALD WAYNE GUILLORY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Reginald Wayne Guillory seeks a writ of mandamus to compel the trial court to release him on bond and for "any other relief to which he is entitled."[1]  We deny the petition.

**PER CURIAM**

---

[1]    The underlying cases are *The State of Texas v. Reginald Wayne Guillory*, cause numbers 1469303 and 1493217, pending in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace, presiding.

Panel consists of Justices Keyes, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).